

ing the District Court will not be bound by the findings and conclusions on which the denial of a preliminary injunction was based.

Remanded.

Dennis **SURRATT**, Appellant,

v.

**UNITED STATES of America,** Appellee.

No. 11860.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 17, 1954.

Decided Feb. 25, 1954.

Mr. Robert H. Campbell, Clare, Mich., for appellants.

Mr. Herman Miller, Washington, D. C., for appellees.

Before EDGERTON, BAZELON, and FAHY, Circuit Judges.

PER CURIAM.

Appellants filed a complaint for an injunction to prevent a foreclosure sale of certain real estate under a deed of trust securing a usurious note, and for reformation of the note and deed of trust. Appellants moved at the same time for a preliminary injunction to prevent the sale. This appeal is from an order overruling that motion.

When the appeal was argued counsel for each side said in open court that the foreclosure sale had taken place. It follows that this appeal must be dismissed as moot and the case remanded to the District Court for final hearing on the merits. At that hear-

Mr. Dominic A. St. Angelo, Washington, D. C., with whom Mr. Anthony J. Brosco was on the brief, for appellant.

Mr. Samuel J. L'Hommedieu, Jr., Asst. U. S. Atty., Washington, D. C., with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis A. Carroll and Arthur J. McLaughlin, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee. Mr. William J. Peck, Asst. U. S. Atty., Washington, D. C., at time record was filed, entered an appearance for appellee.

Before EDGERTON and FAHY, Circuit Judges, and RICHMOND B. KEECH, District Judge sitting by designation.

PER CURIAM.

Appellant complains of the admission of certain evidence and the use that was made of it. We find no prejudicial error.

Affirmed.